1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **21MJ8037** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | |
| Orlando ROJO | Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Felony) |
| Defendant. | Title 31 U.S.C. § 5332 – Bulk Cash Smuggling (Felony) |

The undersigned complainant being duly sworn states:

**COUNT 1**

On or about September 14, 2020, within the Southern District of California, defendant, Orlando ROJO (ROJO), knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Glock 27 handgun; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about November 21, 2020, within the Southern District of California, defendant, Orlando ROJO, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly and intentionally conceal more than $10,000.00 in United States currency or other monetary instruments, to wit: approximately $50,000.00 in United States currency, and attempt to transport or transfer such currency or monetary instruments from a place within the United States to place outside of the United States, in violation of Title 31, United States Code, Section 5332.

The complainant states this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
Special Agent Mario Boyd
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this __15th__ day of January, 2021.

*[signature]*
HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

    v.

Orlando ROJO

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent (SA) Mario Boyd.

On November 21, 2020, at approximately 8:45 p.m., Customs and Border Protection Officers (CBPO) J. Kierepka conducted an outbound inspection at the Calexico, California West Port of Entry based on a Border Patrol referral. A blue Buick Lucerne (Buick) bearing California license plates, destined for Mexico, was referred to secondary inspection by CBPO Kierepka. CBPO Kierepka obtained a negative Customs declaration for currency and weapons from the driver of the Buick, identified as Orlando ROJO (ROJO), a United States citizen.

During the outbound inspection, a Canine Enforcement Officer (CEO) utilized their canine to screen the Buick. The CEO's canine alerted to the Buick's door seams, prompting CBPO Kierepka to perform a more thorough search. ROJO was detained and escorted to the vehicle secondary area for further inspection.

A secondary inspection of the Buick by CBPOs resulted in the discovery of a loaded Glock 27 handgun and ten rounds of .40 caliber ammunition, as well as a large quantity of

United States currency concealed within the vehicle's passenger side rocker panel. The United States currency was counted and totaled approximately $50,000.00 U.S. dollars.

ROJO was placed under arrest and charged with a violation of Title 18 United States Code section 922(g)(1) for Felon in Possession and Title 11, United States Code section 5332 for Bulk Cash Smuggling. Due to the judicial emergency caused by the global pandemic, ROJO was issued a Notice to Appear on March 4, 2021 at 8:00 a.m.

Preliminary records checks revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 02/04/2011 | Southern District of CA | CNT 1: 21 USC 841 (a)(1) Poss of Marijuana w/ intent to distribute | 6 Month' Prison 2 Years' Supervised Release, 6 Month' Prison |

The firearm was seized and inspected.  Preliminary checks revealed that the firearm was not manufactured in California.  Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.