# EXHIBIT D

1
2
3
4
5
6
7           **INTERVIEW WITH ORLANDO ROJO**
8                    **Q=Man**
9                    **Q1=Man**
10               **A=Orlando Rojo**
11
12
13   Q:          You - you're away from your wife.
14
15   A:          Yeah.
16
17   Q:          So were you gonna go up there and meet with his - his - his buddies that - that
18               he put you in touch with before?
19
20   A:          No, I was - I - I called him and told him, "Hey, y'all got any hookups right
21               here?" 'Cause - 'cause my other friends, they normally just smoke weed
22               (unintelligible).
23
24   Q:          So when did you call him looking for the hookup?
25
26   A:          Like at 1:00. 12:00 or 1:00 o'clock.
27
28   Q:          Today?
29
30   A:          No, last, uh...
31
32   Q1:         That showed 9:00, around 9:00. So you called him...
33
34   A:          No - no, but I called him like at 12:00 or 1:00 because...
35
36   Q1:         You called the (Sakra) number?
37
38   A:          Yeah, um, a.m., you know what I mean.
39
40   Q1:         Mm-hm.
41
42   A:          Okay, and I spoke with him at 9:00 too, right.
43
44   Q1:         Mm-hm.
45

| | | |
|---|---|---|
| 46 | A: | 'Cause he was missing from the hotel so I told him, "Hey, where you at?" |
| 47 | | Blah - blah - blah, you know. |
| 48 | | |
| 49 | Q: | So you called him looking for a hookup in the U.S. once you crossed, right? |
| 50 | | Or were you looking for a hookup in Mexico? |
| 51 | | |
| 52 | A: | In the U.S. |
| 53 | | |
| 54 | Q: | Okay. And what did - so what did he - did he give you a hookup then? |
| 55 | | |
| 56 | A: | He took me the stuff and we all got drugs. |
| 57 | | |
| 58 | Q: | In Mexico? |
| 59 | | |
| 60 | Q1: | In your - your Motel 6? |
| 61 | | |
| 62 | A: | At the hotel. |
| 63 | | |
| 64 | Q: | At the hotel, right. What... |
| 65 | | |
| 66 | A: | That number is one of the guys that was with us, you know what I mean. |
| 67 | | |
| 68 | Q1: | Mm-hm. |
| 69 | | |
| 70 | Q: | Why do you have his number? |
| 71 | | |
| 72 | A: | 'Cause he's one of -1 of the guys that, uh, Victor told me I could get |
| 73 | | something from. |
| 74 | | |
| 75 | Q: | So (unintelligible)... |
| 76 | | |
| 77 | A: | I call him and he comes and he gets rough with us, and he brings the drugs. |
| 78 | | |
| 79 | Q: | Y'all were gonna get stuff from him in the U.S.? |
| 80 | | |
| 81 | A: | In the U.S. |
| 82 | | |
| 83 | Q: | Okay, where does - where does he supposedly stay? |
| 84 | | |
| 85 | A: | So - it's 'cause that information, I don't have, 'cause whenever - whenever, |
| 86 | | um... |
| 87 | | |
| 88 | Q: | Well, what does - I mean, does he stay up by you up in like the Coachella |
| 89 | | area, Desert... |
| 90 | | |

| | | |
|---|---|---|
| 91 | A: | Yeah, somewhere. |
| 92 | | |
| 93 | Q: | Palm Desert, somewhere up there? |
| 94 | | |
| 95 | A: | Somewhere out there. |
| 96 | | |
| 97 | Q: | And that's where you were headed - that's you were - you were headed back |
| 98 | | to when you crossed, right? |
| 99 | | |
| 100 | A: | Yeah. |
| 101 | | |
| 102 | Q: | Or you were planning to? |
| 103 | | |
| 104 | A: | Yeah. |
| 105 | | |
| 106 | Q: | All right, and were you gonna go right to his place? |
| 107 | | |
| 108 | A: | No, I went to a casino, I went and visit some friends, but I'm... |
| 109 | | |
| 110 | Q: | No - no - no, I'm talking about when you crossing - when you were cross- |
| 111 | | today when you were crossing to come into the U.S. when you were - when |
| 112 | | you were stopped and arrested... |
| 113 | | |
| 114 | A: | Yes, I was heading to my wife's 'cause it's her birthday. |
| 115 | | |
| 116 | Q: | Oh, okay. |
| 117 | | |
| 118 | A: | You know what I mean. |
| 119 | | |
| 120 | Q: | Mm-hm. |
| 121 | | |
| 122 | A: | I was going to my wife's, but most then obvious all the time I go to my wife's. |
| 123 | | I was gonna stay there for the night, spend some time with my daughters and |
| 124 | | probably sometime tomorrow or something I'll go see (Victor), you know |
| 125 | | what I mean. 'Cause that's what - like I told you that's who I've been kicking |
| 126 | | it with, uh, recently. |
| 127 | | |
| 128 | Q1: | So did this guy (Sakra) or the other two, did they ever have your car while you |
| 129 | | were at the hotel? |
| 130 | | |
| 131 | A: | Most likely, 'cause I told you I - I knock out. When - when I woke up and... |
| 132 | | |
| 133 | Q: | Have you ever seen - did you see them have your keys? Did you know that |
| 134 | | they took your car? Do you know if they took your car? |
| 135 | | |

| | | |
|---|---|---|
| 136 | A: | When I woke up - when I woke up, bro... |
| 137 | | |
| 138 | Q: | Mm-hm. |
| 139 | | |
| 140 | A: | ...I saw he was missing, the guy that - and I'm like, where'd this guy go and |
| 141 | | shit? You know, so I called him. And he was like, "Oh, I'm on my way." This |
| 142 | | and that. I'm out here just walking around and shit, okay. So I go to bed again |
| 143 | | start watching the TV and stuff. And I'm the kind of person that, uh, like you |
| 144 | | see in the car, I have shit here, I have shit there, so... |
| 145 | | |
| 146 | Q: | Mm-hm. |
| 147 | | |
| 148 | A: | ...I never - I can't tell you, that's what I'm trying to figure - I can't tell you, |
| 149 | | hey, uh, I called him because, uh, my keys were missing, you know what I |
| 150 | | mean. |
| 151 | | |
| 152 | Q: | Mm-hm. |
| 153 | | |
| 154 | A: | 'Cause normally I have paperwork here, I got - a - a druggy, it's like that to be |
| 155 | | honest. |
| 156 | | |
| 157 | Q: | Mm-hm. |
| 158 | | |
| 159 | A: | You know what I mean. Take off your shirt, you throw it there. You take your |
| 160 | | wallet, there, you know what I mean? So... |
| 161 | | |
| 162 | Q: | So when you called him... |
| 163 | | |
| 164 | A: | I was gonna... |
| 165 | | |
| 166 | Q: | ...was your car still at the hotel this morning? |
| 167 | | |
| 168 | A: | I never looked out the window or anything. I just called him 'cause, "Hey, |
| 169 | | where's this guy? I might take a hit before I leave." You know, or something. |
| 170 | | |
| 171 | Q: | Did you have your keys? |
| 172 | | |
| 173 | A: | Huh? |
| 174 | | |
| 175 | Q: | Did you have your keys? |
| 176 | | |
| 177 | A: | I never turned around and looked for the keys or anything. I - I don't keep |
| 178 | | stuff in my pocket. Like when I go to sleep, like I told you I take my shirt off, |
| 179 | | I put it there. I take the shoes off, I throw 'em there, you know what I mean. |
| 180 | | The chains, whatever I have I throw 'em here, like this. So I called 'em |

| | | |
|---|---|---|
| 181 | | because we got nothing to worry about and supposedly you were trusted |
| 182 | | people and stuff. You don't look for your, uh, belongings, you know. |
| 183 | | |
| 184 | Q: | Mm-hm. |
| 185 | | |
| 186 | A: | Even though you're that kind of sloppy, messy person. |
| 187 | | |
| 188 | Q: | Mm-hm. |
| 189 | | |
| 190 | A: | You're like, oh, everything's cool. I mean, there's no money missing. You |
| 191 | | know, I don't have a reason why to be going over my stuff, you know. That's |
| 192 | | the kind of person I am. |
| 193 | | |
| 194 | Q: | So where was the Motel 6 at? |
| 195 | | |
| 196 | A: | It's a Motel 8. |
| 197 | | |
| 198 | Q: | It's a Motel 8. |
| 199 | | |
| 200 | A: | Yeah. |
| 201 | | |
| 202 | Q: | Where's the Motel 8 at? |
| 203 | | |
| 204 | A: | Over here by the area of, um, what's it called, Indio. |
| 205 | | |
| 206 | Q: | So Motel 8 in Indio? |
| 207 | | |
| 208 | A: | Yeah. |
| 209 | | |
| 210 | Q: | Do you remember the street? |
| 211 | | |
| 212 | A: | It was right - there - you can see 'em right off the freeway... |
| 213 | | |
| 214 | Q: | Okay. |
| 215 | | |
| 216 | A: | ...of the town. |
| 217 | | |
| 218 | Q: | Okay. |
| 219 | | |
| 220 | A: | Yeah. |
| 221 | | |
| 222 | Q: | Who got the room? |
| 223 | | |
| 224 | A: | Huh? |
| 225 | | |

| 226 | Q: | Who paid for the room? |
|-----|----|----|
| 227 | | |
| 228 | A: | The room? The room, one - one of those guys, I think. I don't know who it |
| 229 | | was registered on. |
| 230 | | |
| 231 | Q: | Do you remember the room number? |
| 232 | | |
| 233 | A: | The room number was 108, I think. Yeah, I think so 108 or something like |
| 234 | | that. I don't - I don't remember much. |
| 235 | | |
| 236 | Q: | Mm-hm. |
| 237 | | |
| 238 | A: | Like I told you, I just went, I got drugs, I woke up in the morning, all right, |
| 239 | | left. Started cruising around. |
| 240 | | |
| 241 | Q: | Can you describe this, uh, (Sakra)? |
| 242 | | |
| 243 | A: | It's, uh... |
| 244 | | |
| 245 | Q: | How old is he? |
| 246 | | |
| 247 | A: | He's - if I'm around he's like on a 42s. |
| 248 | | |
| 249 | Q: | Okay, in his 40s. |
| 250 | | |
| 251 | A: | He's a short guy, bald guy. Wears a saggy sweater. |
| 252 | | |
| 253 | Q: | Okay. |
| 254 | | |
| 255 | A: | Black sweater, saggy. |
| 256 | | |
| 257 | Q: | What's his build like? Is he... |
| 258 | | |
| 259 | A: | He's not fat. |
| 260 | | |
| 261 | Q: | Okay. |
| 262 | | |
| 263 | A: | He's like kind of gangstery guy, like... |
| 264 | | |
| 265 | Q: | How tall would you say he is? |
| 266 | | |
| 267 | A: | Uh, about here. |
| 268 | | |
| 269 | Q: | Okay, like... |
| 270 | | |

| 271 | A: | He's not tall. |
| 272 | | |
| 273 | Q: | ...so he's like, what, five... |
| 274 | | |
| 275 | A: | Well, you can... |
| 276 | | |
| 277 | Q: | How tall are you? |
| 278 | | |
| 279 | A: | Like 5'6", right? |
| 280 | | |
| 281 | Q: | 5'6", so he's what like 5'4" or 3"? |
| 282 | | |
| 283 | A: | Maybe. |
| 284 | | |
| 285 | Q: | Yeah. |
| 286 | | |
| 287 | A: | When I was close to him... |
| 288 | | |
| 289 | Q: | Right? |
| 290 | | |
| 291 | A: | ...I - I could tell he was (unintelligible). |
| 292 | | |
| 293 | Q: | What's his hair look like? |
| 294 | | |
| 295 | A: | He's bald. |
| 296 | | |
| 297 | Q: | Bald. |
| 298 | | |
| 299 | A: | Yeah, dark skin. This kind of dark. |
| 300 | | |
| 301 | Q: | Mm-hm. |
| 302 | | |
| 303 | A: | Yeah. |
| 304 | | |
| 305 | Q: | Does he have any tattoos or anything? |
| 306 | | |
| 307 | A: | He never took off his sweater. He was always with the hood on. Like the hood |
| 308 | | is like this, and... |
| 309 | | |
| 310 | Q: | Mm-hm. |
| 311 | | |
| 312 | A: | ...and everything else (unintelligible). |
| 313 | | |
| 314 | Q: | You guys speak in Spanish or English or how would you just communicate |
| 315 | | with each other? |

316

317    A:              Spanish.

318

319    Q:              The whole time?

320

321    A:              Yeah. But he - I - I could tell by his sound that he's a little bit gangster, you
322                    know.

323

324    Q:              Mm-hm.

325

326    A:              So I know he's from the area.

327

328    Q:              Mm-hm.

329

330    A:              'Cause that's the area I grew up on.

331

332    Q:              Mm-hm.

333

334    A:              I know he's from that area for sure.

335

336    Q:              But you - you've never met him before?

337

338    A:              No.

339

340    Q:              You just know him through (Victor)?

341

342    A:              Yeah.

343

344    Q:              Okay, how about the other two guys?

345

346    A:              The other two guys they don't talk much. They're the kind of guys that get
347                    fuckin' (unintelligible).

348

349    Q:              Can you describe those guys?

350

351    A:              Well, one of 'em - one of 'em that I kind of, uh, came to my interest, he was
352                    probably like you guys.

353

354    Q:              Mm-hm.

355

356    A:              Like your height.

357

358    Q:              Hmm, oh, he was tall?

359

360    A:              Yeah, skinny. Darker skin than this.

361

362    Q:    Mm-hm.

363

364    A:    They were all bald, that's what I could tell you.

365

366    Q:    How old - how old was, uh...

367

368    A:    'Cause he - I -- that one was like 35.

369

370    Q:    Thirty-five. What was his name?

371

372    A:    That was (Joker). That's what he told me, (Joker), (Flacko).

373

374    Q:    And the other guy is (Flacko)?

375

376    A:    (Flacko), yeah.

377

378    Q:    How tall is (Flacko)?

379

380    A:    (Flacko) is - (Flacko) is just like me. That's why I didn't pay attention much
381         to him.

382

383    Q:    Okay.

384

385    A:    'Cause he - he calls him - he told me (Flacko), and he's like me, you know.

386

387    Q:    Mm-hm.

388

389    A:    I'm like this guy's just kind of fuckin' weird. But, uh, (Joker) came to my
390         attention 'cause he was tall and shit and he all - all he would be asking, "Del
391         Taco. Can you get some (unintelligible) some sodas? I got munchies." Like
392         "Shut up, man, we just did some fuckin' meth and you fuckin' got munchies.
393         Come on, man."

394

395    Q:    Mm-hm. So (Flacko)'s like a bigger guy? Or like he's short but heavy-set?

396

397    A:    Yeah, like me.

398

399    Q:    Okay. Do any of these guys have any tattoos or anything that stood out about
400         'em?

401

402    A:    No, all the - it's 'cause...

403

404    Q:    (Joker) or (Flacko)?

405

| | | |
|---|---|---|
| 406 | A: | The only - the only one with - with, uh, with short sleeves was me, 'cause they |
| 407 | | all had hoodies. |
| 408 | | |
| 409 | Q: | Okay. |
| 410 | | |
| 411 | A: | Yeah. |
| 412 | | |
| 413 | Q: | You got (Flacko) or, uh, (Joker)'s number in your phone? |
| 414 | | |
| 415 | A: | No - no. |
| 416 | | |
| 417 | Q: | You never called them? |
| 418 | | |
| 419 | A: | No, they came with - with the other guy. |
| 420 | | |
| 421 | Q: | Okay, all right. And when you woke up were, uh (Flacko) and (Joker) still in |
| 422 | | the room? |
| 423 | | |
| 424 | A: | They were both there knocked out with me. |
| 425 | | |
| 426 | Q: | Okay, it was just - just, uh, (Sakra)? |
| 427 | | |
| 428 | A: | Yeah, it was a room with two beds, so the oth- the other two guys... |
| 429 | | |
| 430 | Q: | Is that the - is that the name he gave you or just is a name... |
| 431 | | |
| 432 | A: | That's the name he gave me. |
| 433 | | |
| 434 | Q: | Okay. All right, um, and same when you left, you left when he got back or |
| 435 | | were you already gone... |
| 436 | | |
| 437 | A: | No, he... |
| 438 | | |
| 439 | Q: | ...before he got back? |
| 440 | | |
| 441 | A: | ...he got back. |
| 442 | | |
| 443 | Q: | Okay. |
| 444 | | |
| 445 | A: | Then I still took like another hit. |
| 446 | | |
| 447 | Q: | Okay. |
| 448 | | |
| 449 | A: | Then I said, "Hey, I'm bouncing." I went and took a little cruise here and |
| 450 | | there. |

451

452     Q:          Mm-hm.

453

454     A:          And just like, hey, I just remembered it's my wife's birthday.

455

456     Q:          Mm-hm.

457

458     A:          Boom, I bounced this way. But I never thought it was gonna be like stuff like
459                 that.

460

461     Q:          So it seems like your - your car was still in the same spot?

462

463     A:          To be honest it was in the same spot.

464

465     Q:          Mm-hm.

466

467     A:          Yeah, it was in the same spot.

468

469     Q:          How about your keys? I mean, did he come back and hand you the keys or
470                 were they...

471

472     A:          Well, that's the thing that, uh, like I told you. Like these guys they're too
473                 fuckin' slick, 'cause...

474

475     Q:          Mm-hm.

476

477     A:          ...they know me. Like (Victor) knows me too much to be doing this kind of
478                 stupid shit. Like I - like I told 'em before...

479

480     Q:          Mm-hm.

481

482     A:          …"Hey, I don't, I mean, you gotta take care of me 'cause I'm the kind of
483                 stupid guy that does drugs."

484

485     Q:          Mm-hm.

486

487     A:          "But if you told me he's your homey or he's your friend...

488

489     Q:          Mm-hm.

490

491     A:          ...I'll do drugs with him, but you gotta let him know that I knock out and I
492                 knock out real."

493

494     Q:          Mm-hm.

495

| | | |
|---|---|---|
| 496<br>497<br>498 | A: | And I don't like to be fuckin' lookin' for my stuff, 'cause I can get a little bit grumpy and - and dumb sometimes too, like... |
| 499<br>500 | Q: | Mm-hm. |
| 501<br>502<br>503 | A: | So I'm like - I am looking for a hookup but I'm - I'm - like all my other friends, they smoke weed. |
| 504<br>505 | Q: | Mm-hm. |
| 506<br>507<br>508<br>509 | A: | So I'm looking for meth, you know what I mean. So you gotta let 'em know that I do meth, boom - boom - boom. And I was already on meth so the thing is that I just did meth because I needed to get a little bit high, you know. |
| 510<br>511 | Q: | Mm-hm. |
| 512<br>513 | A: | Once you're on meth for two days or three days this is what happens. |
| 514<br>515 | Q: | Uh-huh. |
| 516<br>517<br>518 | A: | And sometimes you just hit it so you can go to sleep too. It's something weird. You - you get all greasy. |
| 519<br>520 | Q: | Mm-hm. |
| 521<br>522<br>523 | A: | Sweaty and just knock out. And that's the smell that the dog alerted, you know, for me sweating. 'Cause it smells bad... |
| 524<br>525 | Q: | Mm-hm. |
| 526<br>527 | A: | ...when you sweat. |
| 528<br>529 | Q: | Mm-hm, yeah. |
| 530<br>531 | A: | And that's as much as I can tell you, bro. |
| 532<br>533 | Q: | Okay. |
| 534<br>535 | A: | Till I get something clear on my head and see what this... |
| 536<br>537 | Q: | So did these guys tell you about the money that was gonna be in your car? |
| 538<br>539 | A: | That's the thing... |
| 540 | Q: | The guns that were gonna be in your car? Did they tell you about it? |

541

542  A:  That's the thing that like I told you, I never cut a deal with those guys. That's
543      what comes to my - 'cause like when the officer came in here, "There's
544      money in there."

545

546  Q:  Well, (unintelligible) explaining about a deal. I mean, did they tell you it was
547      gonna be in your car?

548

549  A:  No - no. Like if you - if...

550

551  Q:  Did you know you had something in your car?

552

553  A:  No - no, nope.

554

555  Q1:  But you knew something was up with your car.

556

557  A:  I knew something was up with my car, but like I told you...

558

559  Q1:  You think they did something to your car.

560

561  A:  ...the only thing - the only thing that I can - that I can think of, it's like, I said,
562      "Damn, these guys just fuckin' beat the hell out of my car yesterday." You
563      know, 'cause like the motor mount, like I told you, that would (unintelligible)
564      boom.

565

566  Q:  Right. I mean, you - you know cars. You deal with 'em all the time.

567

568  A:  Yeah.

569

570  Q:  You've done this before. Like I said you've done the - you got marijuana
571      across in a car- in a car before.

572

573  A:  Yeah.

574

575  Q:  Okay, so when you had issues with your car this morning after everything that
576      happened, you go, oh, they must have really screwed you with your car.

577

578  A:  Mm-hm.

579

580  Q:  You had to know something was up with your car, like they put something in
581      there. You - you probably didn't know what it was.

582

583  A:  But - but the motor mount, when - when I saw the motor mount, the motor
584      mount goes bloop - bloop.

585

| | | |
|---|---|---|
| 586 | Q: | Right, you knew something was up. |
| 587 | | |
| 588 | A: | But it doesn't... |
| 589 | | |
| 590 | Q: | You knew something was in the car. |
| 591 | | |
| 592 | A: | ...it doesn't come to my concern that way because I'm like, well, it doesn't |
| 593 | | matter, I'm still high. |
| 594 | | |
| 595 | Q: | Well, what would they be - what would they be doing with your car then? |
| 596 | | |
| 597 | A: | Like I told you, some people are just dumb. Like I - I catched other people in |
| 598 | | the past and I stopped talking to 'em, because you go to sleep and you knock |
| 599 | | out and people just grab your keys, beat the hell out of your car. That's it, so |
| 600 | | I'm like, uh, forget it. I'm like it's all right. But I never thought that something |
| 601 | | like that... |
| 602 | | |
| 603 | Q: | So you never? |
| 604 | | |
| 605 | A: | No. |
| 606 | | |
| 607 | Q: | Even though you said that you know that they're into that kind of stuff too? |
| 608 | | |
| 609 | A: | Well, and I - I know (Victor) and shit, sometimes he'll be talking about some |
| 610 | | dumb shit. I'm like, "Oh, I'm gone." You know what I mean. |
| 611 | | |
| 612 | Q: | But is he one that's been get- that has pushed you to, um, or offered you jobs |
| 613 | | to do stuff like that, to move dope, money? |
| 614 | | |
| 615 | A: | No - no - no - no - no. |
| 616 | | |
| 617 | Q: | No. |
| 618 | | |
| 619 | A: | Nope, 'cause he... |
| 620 | | |
| 621 | Q: | How about (Fernando)? |
| 622 | | |
| 623 | A: | (Fernando), yeah, (Fernando) tried to talk me into it. I'm like, "(Fernando), |
| 624 | | you dumb, bro. I'm out." |
| 625 | | |
| 626 | Q: | When - when did he try and do that? |
| 627 | | |
| 628 | A: | Uh, when (Victor) presented it to him. |
| 629 | | |
| 630 | Q: | When - when was that? |

631

632     A:          Like three weeks ago.

633

634     Q:          Oh, okay.

635

636     A:          So I took the car and...

637

638     Q:          What - what did he want you to do?

639

640     A:          Um...

641

642     Q:          Or what did he offer you to do?

643

644     A:          They were - (Fernando) offered me, uh, okay, like money laundering, you
645                 know what I mean.

646

647     Q:          Okay, like what specifically?

648

649     A:          Like he said he could put some deposits, if I could open up a bank account
650                 and shit and he could put some deposits in there. 'Cause there's this thing, um,
651                 like in a Western Union app...

652

653     Q:          Mm-hm.

654

655     A:          Okay, the currency in Mexico for - for a dollar is $19.50, right. On the
656                 Western Union app or the money gram app, you can look for several apps,
657                 you get the change at, uh, 22, a dollar, right?

658

659     Q:          Okay.

660

661     A:          Okay, it's, uh, two pesos and 50 cents. And every,000 bucks, what do you
662                 make? Extra hundred dollars, right?

663

664     Q:          Mm-hm.

665

666     A:          But when you tell me, okay, it's gonna be, what, 5,000 bucks, a deposit of 20,
667                 I'm like, "I'm not gonna do that, bro. You know, I have to pay taxes for that
668                 shit."

669

670     Q:          Mm-hm.

671

672     A:          You know what I mean, so it's like...

673

674     Q:          Mm-hm.

675

| 676 | A: | ...they - if they see I'm doing that shit, I have to pay taxes, you're not gonna |
| 677 | | want to pay the taxes or you're trying to screw me. |
| 678 | | |
| 679 | Q: | Right. |
| 680 | | |
| 681 | A: | And now this happens, I'm like, mother fucker. |
| 682 | | |
| 683 | Q: | Where does he get all his money from? |
| 684 | | |
| 685 | A: | That's the thing that they'll be, I mean, sometimes I even thought like these |
| 686 | | mother fuckers are stupid. Like, "Don't be talking about the shit, because |
| 687 | | they're stupid or something. Like they think... |
| 688 | | |
| 689 | Q: | Mm-hm. |
| 690 | | |
| 691 | A: | ...they think, um, I'm gonna fall for it or - or they're - they're not, I mean, |
| 692 | | they're dumb. |
| 693 | | |
| 694 | Q: | Well, (unintelligible) they tried to do it obviously today, so... |
| 695 | | |
| 696 | A: | Right, I always thought they - they were just - when they told me about this |
| 697 | | currency exchange and stuff that came to my attention I'm like, "Well, I can |
| 698 | | do, um, $1,000 bucks and you can get a hundred bucks off of it. But I'm not |
| 699 | | the kind of people that's gonna do... |
| 700 | | |
| 701 | Q: | Did you do actually - do any, um... |
| 702 | | |
| 703 | A: | ...do 5,000 and stuff, 'cause I gotta pay the taxes? I mean, for 5,000 bucks, |
| 704 | | you... |
| 705 | | |
| 706 | Q: | Right, but you - did you ever do any - any work for him? |
| 707 | | |
| 708 | A: | No. |
| 709 | | |
| 710 | Q: | Did you ever try and launder any of his money so to speak or... |
| 711 | | |
| 712 | A: | No. |
| 713 | | |
| 714 | Q: | No, or open up any accounts for him or... |
| 715 | | |
| 716 | A: | No, I've never opened - opened up any accounts for them or anything. |
| 717 | | |
| 718 | Q: | And you don't know where his money comes from? Is it from - from drugs? |
| 719 | | |
| 720 | A: | He said - he said from mechanics and shit like that. But right now with this |

| | | |
|---|---|---|
| 721 | | happening -- 'cause they - they're the ones that buy cars and cold parts too. So |
| 722 | | imagine how many cars that buy in cold parts and come through the border. |
| 723 | | And they do the same shit, you know. |
| 724 | | |
| 725 | Q: | Mm-hm. |
| 726 | | |
| 727 | A: | So that's what I can tell that I'm thinking that they did it to me, 'cause |
| 728 | | something like that I heard when they were talking about it. "Oh, well, don't |
| 729 | | worry. Like, uh, we cut a deal with the Mexicans and, you know and, uh, for |
| 730 | | every car that's made from cold parts, don't matter if it's crashed and shit, uh, |
| 731 | | we can do 'em, bro. We're paying, um, certain amount so the cars can just |
| 732 | | cross without anything, you know." But, um, "We can stash this, this, and |
| 733 | | that." And there's a - that's what I'm thinking... |
| 734 | | |
| 735 | Q: | Mm-hm. |
| 736 | | |
| 737 | A: | ...that they did to me. |
| 738 | | |
| 739 | Q: | Did they give you this car? (Victor) or (Fernando), did they give it to you? |
| 740 | | |
| 741 | A: | No. |
| 742 | | |
| 743 | Q: | Did you buy it off of them? |
| 744 | | |
| 745 | A: | I - no, I didn't buy it off of 'em. I bought it my own, but I - the kind of - I |
| 746 | | know (Victor) because I know he does the same stuff. So sometimes I do buy |
| 747 | | cars off of him. But this one I bought it off of the lot that I told you, you know |
| 748 | | what I mean. But when - but I never buy cars with him in a society or |
| 749 | | anything. Like he has a cold - those cold parts. I pay my own cars and he pays |
| 750 | | his own cars, and... |
| 751 | | |
| 752 | Q: | Did they give you money for - to buy this car? |
| 753 | | |
| 754 | A: | Hmm? |
| 755 | | |
| 756 | Q: | Did they give you - (Fernando) or (Victor) give you money to buy this car? |
| 757 | | |
| 758 | A: | No. |
| 759 | | |
| 760 | Q: | No. |
| 761 | | |
| 762 | A: | That came out of my pocket. That's what I'm telling you. |
| 763 | | |
| 764 | Q: | Okay. |
| 765 | | |

| 766 | A: | The car's mine. |
| 767 | | |
| 768 | Q: | Okay. |
| 769 | | |
| 770 | A: | The car, I bought it and everything. So I'm concerned. And - and - and I know |
| 771 | | that whatever was on it I'm gonna have to be responsible for it, you know. |
| 772 | | And there's no other way than - than that, you know. I'm - but this guy's... |
| 773 | | |
| 774 | Q: | Let me - let me - as far as (Fernando) asked you to open up a bank account to |
| 775 | | - to launder some money. |
| 776 | | |
| 777 | A: | Mm-hm. |
| 778 | | |
| 779 | Q: | You said he was gonna give you how much money? |
| 780 | | |
| 781 | A: | No, he was- he wasn't gonna give me any money. Like... |
| 782 | | |
| 783 | Q: | Okay. |
| 784 | | |
| 785 | A: | ...he - he wanted me to open up the account. You know how the currency |
| 786 | | change in Mexico... |
| 787 | | |
| 788 | Q: | Right - right? |
| 789 | | |
| 790 | A: | ...where a dollar's $19.50, right? |
| 791 | | |
| 792 | Q: | He wanted you to open... |
| 793 | | |
| 794 | A: | Okay. |
| 795 | | |
| 796 | Q: | ...he wanted you to do it through the bank app? |
| 797 | | |
| 798 | A: | Yeah, bank app. |
| 799 | | |
| 800 | Q: | Okay. |
| 801 | | |
| 802 | A: | So - so basically what - what he explained to me that, okay, I transferred |
| 803 | | $1,000 bucks. For every $1,000 bucks, I'm gonna get profit $110. Okay, I'm |
| 804 | | like, "Okay, I can do that. Don't worry about it." |
| 805 | | |
| 806 | Q: | You transferred - transferred from... |
| 807 | | |
| 808 | A: | That's what he explained to me. From - from the American bank account... |
| 809 | | |
| 810 | Q: | Mm-hm. |

| 811 | | |
|---|---|---|
| 812 | A: | ...to the Mexican bank account... |
| 813 | | |
| 814 | Q: | Mm-hm. |
| 815 | | |
| 816 | A: | ...or to another name, so you make off $120. But I know at the moment he |
| 817 | | wasn't looking towards making 120... |
| 818 | | |
| 819 | Q: | He would give you that money or... |
| 820 | | |
| 821 | A: | No - no - no. |
| 822 | | |
| 823 | Q: | ...it would be from the bank it- from the... |
| 824 | | |
| 825 | A: | He would - he would be making profits, that's what he explained to me. |
| 826 | | |
| 827 | Q: | Okay. |
| 828 | | |
| 829 | A: | But the way he explained to me and the way I don't like when I hear them |
| 830 | | speaking and shit, it's like, okay, you're explaining this to me. Okay, I |
| 831 | | understand the currency change, like... |
| 832 | | |
| 833 | Q: | Mm-hm. |
| 834 | | |
| 835 | A: | ...that's something I would do 'cause I'm for them getting 120 a day just |
| 836 | | from... |
| 837 | | |
| 838 | Q: | Mm-hm. |
| 839 | | |
| 840 | A: | ...doing this. Uh, putting this money in my bank account then moving it into |
| 841 | | another bank account... |
| 842 | | |
| 843 | Q: | Mm-hm. |
| 844 | | |
| 845 | A: | ...that's cool. "But you're not looking for that, right?" He's like, "No - no - |
| 846 | | no." This, this, and that. "Good, I'm gonna do any- anything like that, because |
| 847 | | why? I have to pay taxes, right. And you're not gonna wanna pay taxes, bro." |
| 848 | | |
| 849 | Q: | How much did he say he was gonna give you at a time and do that? Like who |
| 850 | | - who would be paying you here in the U.S.? How much money would they be |
| 851 | | giving you in the account? |
| 852 | | |
| 853 | A: | Uh, we never got to that point, 'cause like I told you, I've been - I've been |
| 854 | | avoiding (Fernando) ever since. Like the only time I see (Fernando) is because |
| 855 | | he fixed my car and he comes to (Victor)'s house and we'd get drug- every |

| | | |
|---|---|---|
| 856 | | time they're together they just talk about some stupid shit. So right now what |
| 857 | | I'm thinking is that like I told you... |
| 858 | | |
| 859 | Q: | Man, it sounds like... |
| 860 | | |
| 861 | A: | ...this happens, this fucker... |
| 862 | | |
| 863 | Q: | And it sounds like, I mean, obviously they - they want clean money, right? |
| 864 | | |
| 865 | A: | This - this fucker's, they're just fuckin' stupid. |
| 866 | | |
| 867 | Q: | Do they - do they sell a lot of drugs? |
| 868 | | |
| 869 | A: | And - and with that - with that, uh, on the motor mount, they knew at some |
| 870 | | point if they did that to me, at some point I was gonna bring that car to a shop |
| 871 | | with (Fernando), 'cause (Victor)'s gonna be, "Ah, I'll take it to my buddy. |
| 872 | | Don't worry about it. He's gonna be cheap." |
| 873 | | |
| 874 | Q: | Mm-hm. |
| 875 | | |
| 876 | A: | You know, so that's what I'm thinking, like you screwed me over, fucker. But |
| 877 | | he screwed me wrong. |
| 878 | | |
| 879 | Q: | Do you plan on going and seeing (Victor) or (Fernando) tonight like once you |
| 880 | | crossed? |
| 881 | | |
| 882 | A: | To be honest - to be honest, yeah. |
| 883 | | |
| 884 | Q: | You did. |
| 885 | | |
| 886 | A: | But I... |
| 887 | | |
| 888 | Q: | Did they already know you were gonna come see 'em today? |
| 889 | | |
| 890 | A: | Huh? |
| 891 | | |
| 892 | Q: | Did they know you were gonna come see them? |
| 893 | | |
| 894 | A: | No, I haven't called 'em. I don't have their numbers, like I said. |
| 895 | | |
| 896 | Q: | But you were just gonna cross over and go visit 'em? |
| 897 | | |
| 898 | A: | Yeah, I cross, I - I go - like I was gonna spend some time with my wife and |
| 899 | | shit. And maybe I'll see him tomorrow or anytime soon today, you know. |
| 900 | | |

901     Q:              Mm-hm.
902
903     Q1:             So they knew you were coming back to Mexico?
904
905     A:              Huh?
906
907     Q1:             They knew you were coming back to Mexico today?
908
909     A:              Most than obvious, yeah, because I was...
910
911     Q1:             Did you tell 'em about your wife's birthday?
912
913     A:              Huh?
914
915     Q1:             Did you tell 'em about your wife's birthday?
916
917     A:              Yeah, I told 'em it was my wife's...
918
919     Q1:             Oh, okay.
920
921     A:              Yeah, I told them my wife's birthday, I'm gonna be spending some time with
922                     her, but like if we keep that up, she's mad or something -- like I've never
923                     confessed to her that I do drugs.
924
925     Q:              Mm-hm.
926
927     A:              Most likely she doesn't know, but...
928
929     Q:              Do they know where you live? Where your - where your house is?
930
931     A:              Yeah, they know where I live and everything.
932
933     Q:              You said it was a new house too, right?
934
935     A:              Yep.
936
937     Q:              When did - when did you move into the house?
938
939     A:              I moved in that house, uh, like two, three months ago. Two months, I think.
940
941     Q:              So have (Victor) and (Fernando) been to your house?
942
943     A:              Yep.
944
945     Q:              Okay, and you guys, uh, you guys just drink there? 'Cause you say they don't

| | | |
|---|---|---|
| 946 | | use drugs or... |
| 947 | | |
| 948 | A: | Oh, no - no. In my house, we don't use drugs. Or we don't drink in my house. |
| 949 | | |
| 950 | Q: | Right, 'cause your wife doesn't know. |
| 951 | | |
| 952 | Q1: | Oh, your wife don't play that? |
| 953 | | |
| 954 | A: | No - no - no - no. |
| 955 | | |
| 956 | Q1: | Okay. |
| 957 | | |
| 958 | A: | No way, dude. And - and - and I don't like like if I'm drunk or anything... |
| 959 | | |
| 960 | Q: | Mm-hm. |
| 961 | | |
| 962 | A: | ...that's what I'm telling you... |
| 963 | | |
| 964 | Q: | Mm-hm. |
| 965 | | |
| 966 | A: | ...I spend most of the time with - with the other buddies, 'cause whenever we |
| 967 | | smoke meth and stuff, I don't go back to my house till I'm - I'm done |
| 968 | | sweating or... |
| 969 | | |
| 970 | Q: | Yeah. |
| 971 | | |
| 972 | A: | ...I slept good, you know. |
| 973 | | |
| 974 | Q: | Yeah. |
| 975 | | |
| 976 | A: | I know it's wrong, but fuck. |
| 977 | | |
| 978 | Q: | Well, none of us are perfect, you know. |
| 979 | | |
| 980 | A: | Hmm? |
| 981 | | |
| 982 | Q: | None of us are perfect. |
| 983 | | |
| 984 | A: | We can be better than that, you know. |
| 985 | | |
| 986 | Q: | Yeah - yeah. |
| 987 | | |
| 988 | A: | But sometimes it just comes to - to stuff that, yeah. |
| 989 | | |
| 990 | Q: | Okay. Um, I asked you this, but I mean, I just - did these guys as far as that |

| | | |
|---|---|---|
| 991 | | money, you know, um, and it's starting to add up pretty much like - I mean, |
| 992 | | did they - did they tell you what was going on? |
| 993 | | |
| 994 | A: | No, bro, that's the thing that I wasn't aware of that. That there was gonna be |
| 995 | | stuff in my car or anything. I - if... |
| 996 | | |
| 997 | Q: | Did - did those guys ask you, uh, (Sakra) or... |
| 998 | | |
| 999 | A: | No. |
| 1000 | | |
| 1001 | Q: | ...(Joker) or, uh... |
| 1002 | | |
| 1003 | A: | No. |
| 1004 | | |
| 1005 | Q: | ...(Flacko), did they ask you to take any money back? |
| 1006 | | |
| 1007 | A: | No. |
| 1008 | | |
| 1009 | Q: | Did - did they say anything about the gun to you? |
| 1010 | | |
| 1011 | A: | No. |
| 1012 | | |
| 1013 | Q: | Did you - did you see them with a gun? |
| 1014 | | |
| 1015 | A: | No. |
| 1016 | | |
| 1017 | Q: | While you were with them? No. |
| 1018 | | |
| 1019 | A: | They know I don't like guns. Like - like (Victor) knows I don't like guns, |
| 1020 | | 'cause... |
| 1021 | | |
| 1022 | Q: | Well, I'm talking about last - last night, did you see those guys with a gun? |
| 1023 | | |
| 1024 | A: | No, they - they didn't have guns. |
| 1025 | | |
| 1026 | Q: | So why do you think there was a gun - a gun in your car? |
| 1027 | | |
| 1028 | A: | 'Cause the officers told me. |
| 1029 | | |
| 1030 | Q: | No, why - why do you think there was a gun in the car? Why do you think it |
| 1031 | | was in there? |
| 1032 | | |
| 1033 | A: | Well, if there was money and - and guns... |
| 1034 | | |
| 1035 | Q: | Well, if they - it showed if somebody put the, uh... |

1036

1037    A:      Like I told you the motor mount...

1038

1039    Q:      ...let's say (Fernando) or (Victor) put the...

1040

1041    A:      ...the motor mount to me as I think it over, it's like they knew at some point
1042           (Victor)'s, "Hey, bro, my car started misfiring or my car's this and that." I
1043           know a little about cars, I don't work on cars. 'Cause I'm not a mechanic or
1044           anything. He knew I was gonna tell him, "Hey, bro, you think, um, you can do
1045           me a favor? Uh, you can take the car to (unintelligible)?" "(Unintelligible)
1046           right, take it to my buddy, he'll - he'll - he will charge you cheap and shit."
1047           You know. So that's all I could think of. These guys just fuckin' screwed me
1048           over and they screwed me hard. 'Cause I don't even know what it was.
1049           (Unintelligible) they - most than obvious they knew. They did know, you
1050           know what I mean.

1051

1052    Q:      Right, and you're saying that you had no clue whatsoever.

1053

1054    A:      And if I could give you names and if I could give you addresses, I - I will be
1055           honest with you, I wouldn't be able to, 'cause they're slick. They - I don't - I
1056           don't know where they live, the guys out here and stuff. But you gotta get in
1057           my shoes, my wife and kids are out there.

1058

1059    Q:      Mm-hm.

1060

1061    A:      You know what I mean? I'm not gonna risk that.

1062

1063    Q:      Mm-hm.

1064

1065    A:      And they know the position they got me on, that's for sure. They're like, even
1066           if they get 'em -- I can fuckin' hear 'em speaking too -- even if they get 'em,
1067           he's not gonna snitch, 'cause we got him here. I mean, that's the kind of
1068           people I think I was hanging out with. The kind of rats that (unintelligible).

1069

1070    Q:      So - so at the end of the day you know that they screwed you over. They put
1071           the stuff in your car knowing that you would cross and knowing you wouldn't
1072           snitch, right?

1073

1074    A:      I never - like I told you, I never cut a deal with none of those guys or
1075           anything. It's just that I know the way they think.

1076

1077    Q:      Well, when they offered you the...

1078

1079    A:      And - and - and I should have known better than - than fuckin' hanging
1080           around 'em when I heard - when I - when I was trying to stay out of trouble,

| | | |
|---|---|---|
| 1081 | | you know... |
| 1082 | | |
| 1083 | Q: | Mm-hm. |
| 1084 | | |
| 1085 | A: | ...and stuff. If they did me wrong, they did me real wrong, 'cause they really |
| 1086 | | got into my life into - into my shoes and all I could think about is they're - |
| 1087 | | they're - they're wrong. |
| 1088 | | |
| 1089 | Q: | Mm-hm. |
| 1090 | | |
| 1091 | A: | 'Cause they know the position they put me in with my wife and kids, and |
| 1092 | | that's something I - I won't do around my wife and kids. |
| 1093 | | |
| 1094 | Q: | Yeah, well, I mean, obviously the information you tell us is just between us, |
| 1095 | | you know. Um, granted I do, uh, a report. It goes to - obviously you been - |
| 1096 | | kind of been through this process. You know, it goes to the attorneys and |
| 1097 | | stuff, but... |
| 1098 | | |
| 1099 | A: | Like I told bro... |
| 1100 | | |
| 1101 | Q: | ...but, you know, as far as... |
| 1102 | | |
| 1103 | A: | ...like I told, bro, I'm man... |
| 1104 | | |
| 1105 | Q: | ...are any of those guys, I mean... |
| 1106 | | |
| 1107 | A: | ...I'm - I'm man enough to tell you, hey, I know about this, this, and that, you |
| 1108 | | know what I mean. |
| 1109 | | |
| 1110 | Q: | Mm-hm. |
| 1111 | | |
| 1112 | A: | I did it in the past, you could look through records. |
| 1113 | | |
| 1114 | Q: | Mm-hm. |
| 1115 | | |
| 1116 | A: | To - to everything to a judge. |
| 1117 | | |
| 1118 | Q: | Mm-hm. |
| 1119 | | |
| 1120 | A: | And I told him, "Yes, sir." |
| 1121 | | |
| 1122 | Q: | Mm-hm. |
| 1123 | | |
| 1124 | A: | "I was aware that was drugs were there." You know what I mean. |
| 1125 | | |

| 1126 | Q: | Uh-huh. |
|---|---|---|
| 1127 | | |
| 1128 | A: | 'Cause I was aware and I was charging certain (unintelligible). |
| 1129 | | |
| 1130 | Q: | Okay. |
| 1131 | | |
| 1132 | A: | But this time, no. |
| 1133 | | |
| 1134 | Q: | Okay. |
| 1135 | | |
| 1136 | A: | No way, bro. |
| 1137 | | |
| 1138 | Q: | Okay. But as far as you know the only person that would have had access to |
| 1139 | | your car in the U.S. that could have done it would have been who? |
| 1140 | | |
| 1141 | A: | That guy. |
| 1142 | | |
| 1143 | Q: | So (Sakra)? |
| 1144 | | |
| 1145 | A: | Yeah. |
| 1146 | | |
| 1147 | Q: | Okay. Uh, you say you live with - in Palm - with your grandparents? |
| 1148 | | |
| 1149 | A: | In Palm Desert I stay with my grandparents and my aunt. That's where - |
| 1150 | | where I was bor- uh, raised and born. I was born in Indio, but I've always |
| 1151 | | lived in that house - in that house. |
| 1152 | | |
| 1153 | Q: | What - what would the, uh, your grandmother or your aunt's number - name |
| 1154 | | and phone number? |
| 1155 | | |
| 1156 | A: | I don't have their phone number, but her name is, uh, (Rosa) Rojo. |
| 1157 | | |
| 1158 | Q: | You don't have anyone's phone number that lives there? |
| 1159 | | |
| 1160 | A: | No. |
| 1161 | | |
| 1162 | Q: | No phone number? |
| 1163 | | |
| 1164 | A: | No. |
| 1165 | | |
| 1166 | Q: | You don't remember their phone number? |
| 1167 | | |
| 1168 | A: | I - I don't remember any phone number, 'cause I normally - like I told you I |
| 1169 | | don't talk too much people. |
| 1170 | | |

| | | |
|---|---|---|
| 1171 | Q: | They've lived there for probably how long have they lived there? Have they |
| 1172 | | lived in that house for a long time? |
| 1173 | | |
| 1174 | A: | Twenty-three years. |
| 1175 | | |
| 1176 | Q: | That's what I'm saying, you don't - probably got a home - a house phone? |
| 1177 | | |
| 1178 | A: | No, they don't have a house phone. |
| 1179 | | |
| 1180 | Q: | No - no. |
| 1181 | | |
| 1182 | A: | But normally - since Androids got invented... |
| 1183 | | |
| 1184 | Q: | Mm-hm, yeah. |
| 1185 | | |
| 1186 | A: | ...invented, believe me... |
| 1187 | | |
| 1188 | Q: | Yeah. |
| 1189 | | |
| 1190 | A: | ...it's weird who remembers a phone number right here. |
| 1191 | | |
| 1192 | Q: | No, yeah, you're right, yeah. |
| 1193 | | |
| 1194 | A: | 'Cause you're always on their G mail and stuff... |
| 1195 | | |
| 1196 | Q: | Well, sometimes we remember like grand, you know, like a grandparent |
| 1197 | | sometimes they done had the same number for a long time. |
| 1198 | | |
| 1199 | A: | The only phone number I remember is my grandpa's, but he's in Mexico. My |
| 1200 | | uncle in Mexico and my wife, of course. |
| 1201 | | |
| 1202 | Q: | Yeah, so... |
| 1203 | | |
| 1204 | A: | That's just... |
| 1205 | | |
| 1206 | Q: | ...so (Rosa) Rojo, that's your aunt or your grandmother? |
| 1207 | | |
| 1208 | A: | My aunt. |
| 1209 | | |
| 1210 | Q: | Your aunt, okay. |
| 1211 | | |
| 1212 | A: | Yeah. |
| 1213 | | |
| 1214 | Q: | And they live at this - what's the address they live at? |
| 1215 | | |

| 1216 | A: | 3095 Guadalupe Avenue. |
| 1217 | | |
| 1218 | Q: | Avenue. |
| 1219 | | |
| 1220 | A: | Yeah. Palm Desert, California. That's the only one I do remember 'cause I - |
| 1221 | | I've been there for so long. |
| 1222 | | |
| 1223 | Q: | Yeah. What about your wife? You don't remember your wife's number or |
| 1224 | | know it? |
| 1225 | | |
| 1226 | A: | My wife's? |
| 1227 | | |
| 1228 | Q: | Yeah. |
| 1229 | | |
| 1230 | A: | Yeah. |
| 1231 | | |
| 1232 | Q: | What's your wife's number? |
| 1233 | | |
| 1234 | A: | My wife's number. It's, uh, 60, uh, 686-107-2553. |
| 1235 | | |
| 1236 | Q1: | Here you go. |
| 1237 | | |
| 1238 | A: | That I do remember. |
| 1239 | | |
| 1240 | Q: | How old's your wife? |
| 1241 | | |
| 1242 | A: | Thirty. |
| 1243 | | |
| 1244 | Q: | You said her birthday's today and she's turning 30? |
| 1245 | | |
| 1246 | A: | Bro, that phone number I can almost guarantee you that if she answers she's |
| 1247 | | gonna be, "Where the hell are you?" In Spanish, right? |
| 1248 | | |
| 1249 | Q: | You don't have anyone's number here in the U.S.? Emergency contact? |
| 1250 | | |
| 1251 | A: | No. |
| 1252 | | |
| 1253 | Q: | No. |
| 1254 | | |
| 1255 | A: | Not that I remember. I gotta - I gotta go through my G mail, but like I said the |
| 1256 | | other phone that - that - that I - my wife broke and the - the phone was on, uh, |
| 1257 | | two-step verification, stuff like that. |
| 1258 | | |
| 1259 | Q1: | What's your wife's name again? |
| 1260 | | |

| 1261 | A: | (Yesenia) Ruiz. |
| 1262 | | |
| 1263 | Q: | Ruiz. |
| 1264 | | |
| 1265 | A: | Ruiz. |
| 1266 | | |
| 1267 | Q: | R-U-I-Z? |
| 1268 | | |
| 1269 | A: | Z, yeah. Yeah. So what's after this? Just the CO's picking me up and taking |
| 1270 | | me to jail? |
| 1271 | | |
| 1272 | Q: | Uh, we'll get... |
| 1273 | | |
| 1274 | A: | Or you guys are taking me? I'm ready to go, man. |
| 1275 | | |
| 1276 | Q: | Okay. |
| 1277 | | |
| 1278 | A: | I'm sorry, I can't - I can't talk much more about the situation. There's not |
| 1279 | | much more to tell you. |
| 1280 | | |
| 1281 | Q: | Okay. Do you have anything? |
| 1282 | | |
| 1283 | A: | But if I do have anything to tell, believe me I'm - I'm gonna tell you, because |
| 1284 | | I just gotta think it over. Like (unintelligible) make sure these fuckers get what |
| 1285 | | they deserve, 'cause no way they did this to me. |
| 1286 | | |
| 1287 | Q: | Do you have the, uh, the (unintelligible)? |
| 1288 | | |
| 1289 | Q1: | Yeah. |
| 1290 | | |
| 1291 | Q: | Just wanna (unintelligible). |
| 1292 | | |
| 1293 | Q1: | Well, you know, that's the main one. Just (unintelligible). |
| 1294 | | |
| 1295 | Q: | So what's the deal with - with guns? You say you just don't like 'em? Did you |
| 1296 | | have a bad experience with 'em or... |
| 1297 | | |
| 1298 | A: | I don't like guns. |
| 1299 | | |
| 1300 | Q: | You don't like 'em. |
| 1301 | | |
| 1302 | A: | My brother got shot. |
| 1303 | | |
| 1304 | Q: | Oh, yeah. When did that happen? |
| 1305 | | |

| | | |
|---|---|---|
| 1306 | A: | My - my bigger brother. |
| 1307 | | |
| 1308 | Q: | I'm sorry. |
| 1309 | | |
| 1310 | A: | My bigger brother. |
| 1311 | | |
| 1312 | Q: | When did that happen? |
| 1313 | | |
| 1314 | A: | Oh, like, uh, 10, 15 years ago. |
| 1315 | | |
| 1316 | Q: | Oh, okay. (Unintelligible) let's keep 'em loose. I'm gonna do one more, okay. |
| 1317 | | Was that here or in Mexico? |
| 1318 | | |
| 1319 | A: | In Mexico. They went hunting and he got shot right here in the neck. |
| 1320 | | |
| 1321 | Q: | Oh, wow. So you won't - you won't touch guns or anything like that? |
| 1322 | | |
| 1323 | A: | Nope. |
| 1324 | | |
| 1325 | Q: | I mean, even where like if there was an emergency would you use one or if |
| 1326 | | you were in fear for your life or your family... |
| 1327 | | |
| 1328 | A: | I - I don't even have guns in my house... |
| 1329 | | |
| 1330 | Q: | No. |
| 1331 | | |
| 1332 | A: | ...for the same reason. When I was, what, like 13 or 15 years old I used to play |
| 1333 | | with the BB guns, pump ones. |
| 1334 | | |
| 1335 | Q: | Mm-hm. |
| 1336 | | |
| 1337 | A: | Then after my brother got shot. They went hunting down in Mexico and, uh, I |
| 1338 | | guess they let, uh, one of the younger guys brought a .22. They were shooting |
| 1339 | | at deers and boom, pow. |
| 1340 | | |
| 1341 | Q: | (Unintelligible)? Hmm. |
| 1342 | | |
| 1343 | Man: | (Unintelligible) again? |
| 1344 | | |
| 1345 | Man: | (Unintelligible). |
| 1346 | | |
| 1347 | Q1: | Can you pull your mask down for me for a second? Okay, (unintelligible). |
| 1348 | | |
| 1349 | Q: | You all done with him? |
| 1350 | | |

1351   Q1:               Mm-hm.
1352
1353   Q:                You want me to lock 'em back?
1354
1355   Q1:               Yeah. Okay, go ahead and stand up.
1356
1357   A:                Yeah.
1358
1359   Q1:               Put your hands behind your back again. Time is 2:04. This will conclude the
1360                     interview.
1361
1362
1363   The transcript has been reviewed with the audio recording submitted and it is an accurate
1364   transcription.
1365   Signed_____